UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO MONELL, JR.,<br><br>Petitioner<br><br>v.<br><br>FELIPE MARTINEZ,<br><br>Respondent. | Case No. 5:21-cv-01061-DSF (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all other documents, pleadings, and motions filed and lodged in this action, and the Report and Recommendation of United States Magistrate Judge [Dkt. 12, "Report"]. Objections to the Report were due by no later than April 18, 2022, but no Objections have been filed.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report, although concludes that dismissal of this action should be with prejudice. Accordingly, **IT IS ORDERED** that: the Petition is DENIED; and Judgment shall be entered dismissing this action with prejudice.

DATE: May 13, 2022

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE