JS-6

1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| | |
|---|---|
| ERNESTO MONELL, JR., | Case No. 5:21-cv-01061-DSF (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| FELIPE MARTINEZ, | |
| Respondent. | |

17
18
19
20

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

21
22

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

23

DATED:  May 13, 2022

24
25

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

26
27
28